IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERRY BROS., LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE PRODUCTS USA, LLC., et al. | : | 11-3253 |

**O R D E R**

AND NOW, this 26th day of October, 2011, upon consideration of Defendants Richard W. McHugh and Glenn McHugh's Motion to Dismiss, and Plaintiff's response thereto, and for the reasons discussed in the attached memorandum, it is hereby **ORDERED** that:

Defendants Richard W. McHugh and Glenn McHugh's Motion to Dismiss [Docket #7] is **GRANTED**.

Plaintiff's request for leave to file an amended complaint is **GRANTED.** Plaintiff may file an amended complaint, which is not inconsistent with this Memorandum and Order, by November 29, 2011.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix, Sr.  Federal Building, Suite 211
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107-4228

**Chambers of**
**M. FAITH ANGELL**　　　　　　　　　　　　　　　P:   (215) 597-6079
**United States Magistrate Judge**　　　　　　　　　F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO. 11-3253**

**TODAY'S DATE**: 10/26/2011　　　　　　　　　**LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

Bruce Luckman, Esq.　　　　　　　　　　　　856-662-0165

John Dornberger, Esq.　　　　　　　　　　　717-731-1985

John Zawadsky, Esq.　　　　　　　　　　　　608-229-2100